ACCEPTED
04-16-00260-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/11/2016 9:13:22 AM
KEITH HOTTLE
CLERK

COURT OF APPEALS
FOURTH DISTRICT OF TEXAS AT SAN ANTONIO

No. 04-16-00260-CV

MARIO MAURICIO, Appellant

v.

SORAYDA CERVANTES, Appellee

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

10/11/2016 9:13:22 AM

KEITH E. HOTTLE
Clerk

_____

**UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE
BRIEF OF APPELLEE SORAYDA CERVANTES**

_____

TO THE HONORABLE COURT OF APPEALS:

Appellee, SORAYDA CERVANTES, pursuant to TEX. R. APP. P. 38.6(d) and 10.5(b), requests a thirty-three day extension to file her Appellee's Brief.

1.    CERVANTES' Brief is due October 12, 2016.

2.    CERVANTES seeks a thirty-three day extension until Monday, November 14, 2016.

3.    CERVANTES respectfully requests this extension and relies on the following facts to reasonably explain the need for the extension.  The undersigned has primary briefing responsibilities in this case and, among other obligations, has been:

a)    maintaining a heavy civil trial docket;

b)    negotiating, drafting and finalizing international transactions regarding the sale and maintenance of commercial aircraft; and

c)    preparing for trial in *Cadena v. Leal*, 285th Judicial District Court, Bexar County, Texas.

G:\RAS\Allstate\Mauricio v. Cervantes (H)\mot for extension.wpd

4.      This extension is sought, not the purpose of delay, but so the undersigned can properly brief the issues to the Court.

5.      For the reasons stated, CERVANTES asks the Court to grant a 33 day extension of time to file her Appellee's Brief.

Respectfully submitted,

GENDRY & SPRAGUE, P.C.
900 Isom Road, Suite 300
San Antonio, Texas 78216
Telephone: (210) 349-0511
Facsimile: (210) 349-2760

By:     /s/   Ron A. Sprague
        RON A. SPRAGUE
        State Bar No. 18962100
        rsprague@gendrysprague.com

ATTORNEYS FOR APPELLEE

**CERTIFICATE OF CONFERENCE**

I certify, by signature below, that I conferred with Jeff Small, counsel for Appellant, Mario Mauricio, and he does not oppose the requested relief.

/s/   Ron A. Sprague
RON A. SPRAGUE

**CERTIFICATE OF SERVICE**

I certify that a true copy of the above is being served on counsel for record/interested parties by e-filing as shown below pursuant to the Texas Rules of Civil Procedure on October 11, 2016.

Mr. Jeff Small
Law Office of Jeff Small
12451 Starcrest Drive, Suite 100
San Antonio, Texas 78216
Telephone: (210) 496-0611
Facsimile: (210) 579-1399
jdslaw@satx.rr.com

/s/ Ron A. Sprague
RON A. SPRAGUE